IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>LIMETREE BAY TERMINALS, LLC, et al.,<br><br>　　　　　　　Defendants. | CASE NO. 1:21-cv-00264 (WAH/EAH) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Carl A. Beckstedt III, Esq. of the law firm of Beckstedt & Kuczynski LLP hereby enters his appearance as counsel for the Defendant Limetree Bay Terminals, LLC in this action and requests that copies of all pleadings, motions, notices and other documents filed in this action be served on the undersigned.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**Beckstedt & Kuczynski LLP**
　　　　　　　　　　　　　　　　　　Attorney for Limetree Bay Terminals, LLC
　　　　　　　　　　　　　　　　　　2162 Church Street
　　　　　　　　　　　　　　　　　　Christiansted, VI 00820
　　　　　　　　　　　　　　　　　　Tel: (340) 719-8086 / Fax: (800) 886-6831

DATED: December 2, 2022　　By:　　/s/ Carl A. Beckstedt III
　　　　　　　　　　　　　　　　　　Carl A. Beckstedt III, Esq.
　　　　　　　　　　　　　　　　　　Virgin Islands Bar No. 684
　　　　　　　　　　　　　　　　　　carl@beckstedtlaw.com