## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br>v.<br><br>LIMETREE BAY TERMINALS, LLC, et al.,<br><br>                     Defendants. | CASE NO. 1:21-cv-00264 (WAH/EAH) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Limetree Bay Terminals, LLC, d/b/a Ocean Point Terminals, states that its sole parent company is Limetree Bay Cayman Ltd. which is not a publicly held corporation.

Respectfully Submitted,

**BECKSTEDT & KUCZYNSKI LLP**
*Attorneys for Limetree Bay Terminals, LLC*
*d/b/a Ocean Point Terminals*
2162 Church Street
Christiansted, St. Croix
U.S. Virgin Islands 00820
Tel: (340) 719-8086 / Fax: (800) 886-6831

DATED: March 23, 2023      By:    s/ Carl A. Beckstedt III, Esq.
                                                      Carl A. Beckstedt III, Esq.
                                                      VI Bar No. 684
                                                      carl@beckstedtlaw.com