**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                            **Plaintiff,**<br><br>v.<br><br>**LIMETREE BAY TERMINALS, LLC, et al.,**<br><br>                            **Defendants.** | CASE NO. 1:21-cv-00264 (WAH/EAH) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Corinne V. Snow, Esq. of the law firm of Vinson & Elkins LLP hereby enters her appearance as counsel for the Defendant Limetree Bay Terminals, LLC in this action and requests that copies of all pleadings, motions, notices and other documents filed in this action be served on the undersigned.

Dated:  June 9, 2023

Respectfully submitted,

/s/ Corinne V. Snow

Corinne V. Snow
**VINSON & ELKINS LLP**
The Grace Building
1114 Avenue of the Americas
32nd Floor
New York, NY  10036
Tel.:    (212) 237-0157
Fax:    (212) 237-0100
Email: csnow@velaw.com