## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. A. No. 1:21-cv-00264(WAL/EAH) |
| | ) |
| LIMETREE BAY TERMINALS, LLC, WEST INDIES PETROLEUM LIMITED, PORT HAMILTON REFINING AND TRANSPORTATION, LLLP, and the TRANSITION REFINERY ENTITY, INC. | ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

## INFORMATIONAL NOTICE BY UNITED STATES OF AMERICA

Plaintiff, the United States of America, hereby gives notice to the Court that as a result of the lack of responsiveness from new defendants West Indies Petroleum Limited, Port Hamilton Refining and Transportation, LLC, and the Transition Refinery Entity, Inc., the parties have been unable to reach agreement on the First Amended Joint Stipulation. As noted in the United States' Response to the Court's Show Cause Order (Doc. 42), the United States intends to file a motion to enforce the requirements of the Bankruptcy Court's December 2021 Sale Order. The United States expects to file the motion to enforce within the next 45 days.

Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment and Natural Resources
Division
United States Department of Justice

1

 *s/Myles E. Flint, II*
MYLES E. FLINT, II, Senior Counsel
Environmental Enforcement Section
Environment and Natural Resources
Division
United States Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044-7611
(202) 307-1859

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 16, 2023, he filed the *INFORMAL NOTICE BY THE UNITED STATES OF AMERICA* electronically with the Clerk of Court using the CM/ECF system, which will send notifications of this filing to all who have made appearances and further certifies that the *INFORMAL NOTICE BY THE UNITED STATES OF AMERICA* will be served on additional counsel for Limetree Bay Terminals, LLC, West Indies Petroleum Limited, and Port Hamilton Refining and Transportation, LLLP by electronic email:

**For Port Hamilton Refining and Transportation, LLLP**
Julie R. Domike
Babst Calland, Attorneys at Law
505 9th Street NW, Suite 700
Washington, DC 20044

Matthew W. Morrison
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street NW
Washington, DC 20036-3006

*s/Myles E. Flint, II*