**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LIMETREE BAY TERMINALS, LLC, WEST ) <br> INDIES PETROLEUM LIMITED, PORT ) <br> HAMILTON REFINING AND ) <br> TRANSPORTATION, LLLP, and the ) <br> TRANSITION REFINERY ENTITY, INC. ) <br> ) <br> Defendants. ) | Civ. A. No. 1:21-cv-00264(WAL/EAH) |

**UNITED STATES' MOTION TO DIRECT DEFENDANTS TO ABIDE BY THE JOINT STIPULATION IN ACCORDANCE WITH THE BANKRUPTCY SALE ORDER**

The Joint Stipulation in this case was established to protect the downwind community from the threats posed by the Refinery and its operations. Recognizing this, the Bankruptcy Court's Sale Order directed that the Refinery's Purchasers—and now-Defendants—West Indies and Port Hamilton "must" become parties to the Joint Stipulation. The Defendants have conceded as much. However, despite persistent efforts by the United States to engage them in the 18 months since the Sale Order was issued, Defendants West Indies and Port Hamilton have yet to perform as required by the Bankruptcy Court's Order.

WHEREFORE, for the reasons set out in more detail in the Memorandum In Support, the United States respectfully requests that this Court grant the attached proposed order directing Defendants to abide by the Joint Stipulation in accordance with the Bankruptcy Sale Order.

Respectfully submitted,

FOR THE UNITED STATES OF AMERICA

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

*s/ Myles E. Flint, II*
MYLES E. FLINT, II, Senior Counsel
KATHERINE M. ROMERO, Trial Attorney
ELIAS L. QUINN, Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice - P.O. Box 7611
Washington, DC  20044-7611
Tel: 202-307-1859
myles.flint@usdoj.gov

OF COUNSEL:
TERESA DYKES
Senior Attorney
U.S. Environmental Protection
Office of Enforcement and Compliance Assurance
1200 Pennsylvania Ave. NW (2242A)
Washington, DC 20460

SARA FROIKIN
SARA AMRI
Assistant Regional Counsel
U.S. Environmental Protection Agency, Region 2
290 Broadway, 16th Floor
New York, NY 10007

**CERTIFICATE OF SERVICE**

The Undersigned certifies to the following:

1. **Filing using the CM/ECF System:**

That on August 10, 2023, he filed the *UNITED STATES' MOTION TO DIRECT DEFENDANTS TO ABIDE BY THE JOINT STIPULATION IN ACCORDANCE WITH THE BANKRUPTCY SALE ORDER* electronically with the Clerk of Court using the CM/ECF system, which will send notifications of this filing to all who have made appearances.

2. **Service on the Transition Refinery Entity, LLC:**

That on August 10, 2023, the foregoing *UNITED STATES' MOTION TO DIRECT DEFENDANTS TO ABIDE BY THE JOINT STIPULATION IN ACCORDANCE WITH THE BANKRUPTCY SALE ORDER* was served on the following counsel for the Transition Refinery Entity, LLC by electronic mail:

JULIE DOMIKE
Babst Calland, Attorneys at Law
505 9th Street NW, Suite 700
Washington. DC 20004

MATTHEW W. MORRISON
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street NW
Washington, DC 20036-3006

*s/ Myles E. Flint, II*