# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS, LLC, WEST INDIES PETROLEUM LIMITED, PORT HAMILTON REFINING AND TRANSPORTATION, LLLP, and the TRANSITION REFINERY ENTITY, INC.<br><br>    Defendants. | Civ. A. No. 1:21-cv-00264(WAL/EAH) |

**UNITED STATES' NOTICE TO THE COURT RELATING TO DOCKET NUMBER 46**

The United States' Motion (Doc. 46) does not include a reference to LRCi 7.1(f) for the simple reason that the parties were not able to reach agreement on a revised Joint Stipulation prior to the filing of the motion. As previewed to the Court in Docs. 42 and 45.

Respectfully submitted,

FOR THE UNITED STATES OF AMERICA

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

*s/ Myles E. Flint, II*
MYLES E. FLINT, II, Senior Counsel
KATHERINE M. ROMERO, Trial Attorney
ELIAS L. QUINN, Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice - P.O. Box 7611
Washington, DC  20044-7611
Tel: 202-307-1859
myles.flint@usdoj.gov

## CERTIFICATE OF SERVICE

The Undersigned certifies to the following:

1. **Filing using the CM/ECF System:**

That on August 16, 2023, he filed the *UNITED STATES' NOTICE TO THE COURT RELATING TO DOCKET NUMBER 46* electronically with the Clerk of Court using the CM/ECF system, which will send notifications of this filing to all who have made appearances.

2. **Service on the Transition Refinery Entity, LLC:**

That on August 16, 2023, the foregoing *UNITED STATES' NOTICE TO THE COURT RELATING TO DOCKET NUMBER 46* was served on the following counsel for the Transition Refinery Entity, LLC by electronic mail:

JULIE DOMIKE
Babst Calland, Attorneys at Law
505 9th Street NW, Suite 700
Washington. DC 20004

MATTHEW W. MORRISON
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street NW
Washington, DC 20036-3006

*s/ Myles E. Flint, II*