IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LIMETREE BAY TERMINALS, LLC; WEST ) <br> INDIES PETROLEUM LIMITED; PORT ) <br> HAMILTON REFINING & TRANSPORTATION, ) <br> LLLP; and TRANSITION REFINERY ENTITY, ) <br> LLC, ) <br> ) <br> Defendants. ) | CASE NO. 1:21-cv-00264 (EAH) |

## NOTICE OF SPECIAL APPEARANCE

**NOW COMES,** Ryan C. Stutzman of CSA Associates, P.C., as counsel for West Indies Petroleum Limited. This special appearance is made without waiver of any defense previously asserted by WIPL, including, but not limited to, service and jurisdiction defenses (and any other defense whether previously made or not). The undersigned respectfully requests that all documents related to this action be forwarded to the attention of Attorney Stutzman at CSA Associates, P.C., 1138 King Street, Suite 100, Christiansted, VI 00820, or via email at rstutzman@saastx.vi.

Respectfully Submitted,

Dated: August 24, 2023         By:    */s/ Ryan C. Stutzman*
                                      Ryan C. Stutzman, Esq. (VI Bar No. R2053)
                                      **CSA ASSOCIATES, P.C.**
                                      1138 King Street, Suite 100
                                      Christiansted, VI  00820
                                      Tel: 773-3681
                                      Attorney for West Indies Petroleum Limited