IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LIMETREE BAY TERMINALS, LLC; WEST ) <br> INDIES PETROLEUM LIMITED; PORT ) <br> HAMILTON REFINING & TRANSPORTATION, ) <br> LLLP; and TRANSITION REFINERY ENTITY, ) <br> LLC, ) <br> ) <br> Defendants. ) | CASE NO. 1:21-cv-00264 (EAH) |

## DECLARATION OF RYAN C. STUTZMAN

I, Ryan C. Stutzman, do declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge:

1. A true and correct copy of the Asset Purchase Agreement, as filed in the United States Bankruptcy Court of the Southern District of Texas, Case 21-32351 (ECF Doc. 977-1) is attached to Stuzman Decl. as Ex. A-1.

2. A true and correct copy of the Deed is attached to Stutzman Decl. as Ex. A-2.

3. A true and correct copy of Port Hamilton Refining and Transportation, LLLP's ("PHRT") V.I. Division of Corporations entity status report is attached to Stutzman Decl. as Ex. A-3.

4. A true and correct copy of PHRT's Answer to Second Amended Complaint in Superior Court Case No. SX-22-cv-00227 SAC ¶¶ 10-15, 65-66 is attached to Stutzman Decl. as Ex. A-4.

5. A true and correct copy of PHRT's filed a notice of election for LBR to reorganize as Transition Refinery Entity, LLC (Case No. 21-32351, ECF No. 1276 is attached to Stutzman Decl. as Ex. A-5.

Further, Declarant sayeth naught.

Dated: August 24, 2023              /s/ Ryan C. Stutzman
                                    Ryan C. Stutzman

**Ex. A**

[EXECUTION VERSION]

# ASSET PURCHASE AGREEMENT

by and among

**LIMETREE BAY SERVICES, LLC,**
**LIMETREE BAY REFINING HOLDINGS, LLC,**
**LIMETREE BAY REFINING HOLDINGS II, LLC,**
**LIMETREE BAY REFINING, LLC,**
**LIMETREE BAY REFINING OPERATING, LLC, AND**
**LIMETREE BAY REFINING MARKETING, LLC,**

as Sellers

and

**WEST INDIES PETROLEUM LIMITED, a Jamaican corporation, AND**
**PORT HAMILTON REFINING AND TRANSPORTATION, LLLP, a Virgin Islands limited liability limited partnership,**

as Purchaser

Dated as of December [__], 2021

Page

# TABLE OF CONTENTS

ARTICLE I PURCHASE AND SALE OF ASSETS ............................................................... 2
   1.1   Agreement to Purchase and Sell .................................................................... 2
   1.2   Description of Purchased Assets.................................................................... 2
   1.3   Excluded Assets ............................................................................................. 3
   1.4   Assignment of Assigned Contracts ............................................................... 5

ARTICLE II ASSUMPTION OF LIABILITIES .................................................................... 6
   2.1   Agreement to Assume .................................................................................... 6
   2.2   Assumed Liabilities. ....................................................................................... 6
   2.3   Excluded Liabilities ....................................................................................... 6

ARTICLE III PURCHASE PRICE, MANNER OF PAYMENT; CLOSING; DEPOSIT............ 6
   3.1   Purchase Price; Delivery of Funds................................................................. 6
   3.2   Good Faith Escrow Deposit ........................................................................... 7
   3.3   Time and Place of Closing............................................................................. 7
   3.4   Closing Deliverables ...................................................................................... 7
   3.5   Intentionally deleted....................................................................................... 8

ARTICLE IV REPRESENTATIONS AND WARRANTIES OF SELLERS ............................... 8
   4.1   Due Organization, Good Standing and Limited Liability Company Power ........ 9
   4.2   Authorization; Noncontravention .................................................................. 9
   4.3   Governmental Consents and Approvals...................................................... 10
   4.4   Property........................................................................................................ 10
   4.5   Title to Purchased Assets ............................................................................ 11
   4.6   Affiliate Transactions................................................................................... 11
   4.7   Material Contracts........................................................................................ 12
   4.8   Intellectual Property Rights and Claims. .................................................... 13
   4.9   Tax Matters ................................................................................................... 13
   4.10  Employee Benefits ....................................................................................... 14
   4.11  Compliance with Laws ................................................................................ 14
   4.12  Environmental Matters................................................................................. 14
   4.13  Permits ......................................................................................................... 15
   4.14  Litigation...................................................................................................... 15
   4.15  Finders; Brokers........................................................................................... 15
   4.16  Exclusivity of Representations; Projections, Etc. ...................................... 15

ARTICLE V REPRESENTATIONS AND WARRANTIES OF PURCHASER ........................ 16
   5.1   Due Organization, Good Standing and Power........................................... 16
   5.2   Authorization; Noncontravention ................................................................ 16
   5.3   Governmental Consents and Approvals...................................................... 17
   5.4   Financing...................................................................................................... 17
   5.5   Solvency of Purchaser.................................................................................. 17
   5.6   Adequate Assurances ................................................................................... 17

| | | |
|---|---|---|
| 5.7 | Litigation | 18 |
| 5.8 | Finders; Brokers | 18 |
| 5.9 | Intentionally deleted | **Error! Bookmark not defined.** |

**ARTICLE VI COVENANTS** ............................................................................................. 19
| | | |
|---|---|---|
| 6.1 | Intentionally deleted | 19 |
| 6.2 | Conduct Prior to the Closing Date | 19 |
| 6.3 | Efforts to Close | 20 |
| 6.4 | Public Announcements | 21 |
| 6.5 | Notification of Certain Matters | 21 |
| 6.6 | Supplements to Schedules | 22 |
| 6.7 | Post-Closing Access to Records and Personnel; Litigation Support | 22 |
| 6.8 | Tax Matters | 23 |
| 6.9 | Bulk Sales Act | 24 |
| 6.10 | Bankruptcy Action | 24 |
| 6.11 | Sale Order | 25 |
| 6.12 | Intentionally deleted | 26 |
| 6.13 | Transfer of Permits | 26 |
| 6.14 | Expenses | 26 |
| 6.15 | Confidentiality | 26 |

**ARTICLE VII CONDITIONS TO CLOSING** ................................................................... 27
| | | |
|---|---|---|
| 7.1 | Conditions to Sellers' Obligations | 27 |
| 7.2 | Conditions to Purchaser's Obligations | 27 |
| 7.3 | Frustration of Closing Conditions | 28 |

**ARTICLE VIII COMPLIANCE WITH WARN, PLANT CLOSING ACT AND SIMILAR STATUTES** ............................................................................................................ 28
| | | |
|---|---|---|
| 8.1 | Compliance with WARN, Plant Closing Act and Similar Statutes | 28 |

**ARTICLE IX TERMINATION** ........................................................................................... 29
| | | |
|---|---|---|
| 9.1 | Termination Events | 29 |
| 9.2 | Effect of Termination | 30 |

**ARTICLE X SURVIVAL AND RELEASE** ...................................................................... 30
| | | |
|---|---|---|
| 10.1 | Survival; Certain Post-Closing Matters | 30 |
| 10.2 | Intentionally deleted | 30 |

**ARTICLE XI MISCELLANEOUS** ..................................................................................... 31
| | | |
|---|---|---|
| 11.1 | Notices | 31 |
| 11.2 | Entire Agreement | 32 |
| 11.3 | Severability | 32 |
| 11.4 | Binding Effect; Benefit | 32 |
| 11.5 | Assignability | 33 |
| 11.6 | Amendments | 33 |
| 11.7 | Non-Waiver | 33 |
| 11.8 | Applicable Law | 33 |

| | | |
|---|---|---:|
| 11.9 | Consent to Jurisdiction | 33 |
| 11.10 | WAIVER OF TRIAL BY JURY | 34 |
| 11.11 | Counterparts | 34 |
| 11.12 | Headings | 34 |
| 11.13 | Time of the Essence | 34 |
| 11.14 | Rules of Construction | 34 |

EXHIBITS AND SCHEDULES

| | |
|---|---|
| Appendix 1 | Defined Terms |
| Exhibit A | Form of Bill of Sale and Assignment and Assumption Agreement |
| Schedule 1.1(g) | Business Permits |
| Schedule 1.2(a) | Business Contracts |
| Schedule 1.2(b) | Purchased Real Property |
| Schedule 1.2(d) | Real Property Leases |
| Schedule 1.2(g) | Business Permits |
| Schedule 3.4 | Assignment, Transfer and Conveyance Instruments |
| Schedule 6.2 | Conduct Prior to the Closing Date |
| Sellers Disclosure Letter | |

[EXECUTION VERSION]

## ASSET PURCHASE AGREEMENT

THIS ASSET PURCHASE AGREEMENT ("Agreement") is made as of December [__], 2021, by and among Limetree Bay Services, LLC, a Delaware limited liability company ("LBS"), Limetree Bay Refining Holdings, LLC, a United States Virgin Islands limited liability company ("LBRH"), Limetree Bay Refining Holdings II, LLC, a United States Virgin Islands limited liability company ("LBRH II"), Limetree Bay Refining, LLC, a United States Virgin Islands limited liability company ("LBR"), Limetree Bay Refining Operating, LLC, a United States Virgin Islands limited liability company ("LBRO"), Limetree Bay Refining Marketing, LLC, a United States Virgin Islands limited liability company ("LBRM", along with LBS, LBRH, LBRH II, LBR and LBRO, each a "Seller" and collectively, "Sellers"), and West Indies Petroleum Limited ("WIPL"), a Jamaican corporation, and Port Hamilton Refining and Transportation, LLLP, a Virgin Islands limited liability limited partnership, formed by West Indies Petroleum Limited pursuant to the laws of the United States Virgin Islands ("PHRT" and, together with WIPL, "Purchaser"; Purchaser and Sellers, each a "Party" and collectively, the "Parties"). Capitalized terms used but not otherwise defined in the text of this Agreement have the meanings set forth in Appendix 1 attached hereto, which is incorporated herein and made a part of this Agreement.

## RECITALS

A. Sellers own an oil refinery located on the island of St. Croix in the United States Virgin Islands (collectively, the "Business").

B. On July 12, 2021 (the "Petition Date"), Sellers filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"), which cases are jointly administered under *In re Limetree Bay Services, LLC*, Case No. 21-32351.

C. On the terms and subject to the conditions set forth in this Agreement, Purchaser desires to purchase from Sellers, and Sellers' desire to sell to Purchaser, the Purchased Assets (the "Purchase").

D. It is intended that the acquisition of the Purchased Assets will be accomplished through the sale, transfer and assignment of the Purchased Assets by Sellers to Purchaser in a sale undertaken pursuant to §363 of the Bankruptcy Code and that certain executory contracts and unexpired leases will be assumed by Sellers and assigned to Purchaser pursuant to §365 of the Bankruptcy Code in connection therewith.

## AGREEMENTS

NOW THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties agree as follows:

ARTICLE I
Purchase and Sale of Assets

1.1     Agreement to Purchase and Sell. On the terms and subject to the conditions contained in this Agreement, Purchaser agrees to purchase from Sellers, and Sellers agree to sell, transfer and convey to Purchaser, with Purchaser taking title in the name of PHRT, all of Sellers' assets, properties, rights and interests as of the Closing Date, wherever situated or located, other than the Excluded Assets. All of such assets, properties, rights and interests (other than the Excluded Assets) are collectively referred to in this Agreement as the "Purchased Assets". The Purchased Assets shall be sold, transferred and conveyed to Purchaser as provided herein free and clear of any and all Liens, in each case to the extent resulting from the Sale Order.

1.2     Description of Purchased Assets. Without limitation of Section 1.1, the Purchased Assets shall include the following assets owned by Sellers as of the Closing Date, except to the extent that any of the following are also enumerated in Section 1.3 as being Excluded Assets:

   (a)   each Contract listed or described on Schedule 1.2(a) (collectively, the "Business Contracts"); provided, however, that notwithstanding the generality of Section 1.1 or anything to the contrary in this Section 1.2, Purchaser shall not acquire any rights or interest under the NRI Consignment Agreement;

   (b)   the real property described on Schedule 1.2(b), together with all easements, appurtenances, rights and other hereditaments appurtenant to such real property (collectively, the "Purchased Real Property"), including Sellers' easements, use rights, or options to purchase, or such rights with respect to Purchased Real Property as are used or held for use in the Business; provided, that the agreements, if any, establishing such rights are assigned to Purchaser;

   (c)   all Improvements;

   (d)   Intentionally deleted;

   (e)   all Parts Inventory;

   (f)   the Files and Records, whether in hard copy or electronic format, except that, with respect to Files and Records that any Seller or any of its Affiliates is required by Law or Order to retain, the Purchased Assets shall include copies of such Files and Records to the extent permitted by any applicable Law or Order (and, with respect to any personnel records which a Seller or Affiliate is required to retain, to the extent permitted by any applicable Law or Order, copies of such personnel records for employees or consultants who, as of the Closing, will become employees or consultants of Purchaser); provided, that any Seller shall be permitted to retain a copy of any such Files and Records that such Seller requires, including any electronically stored information;

   (g)   all Permits (and any pending applications for Permits), other than the Excluded Permits, that are owned, utilized, held or maintained by or licensed to a Seller primarily in connection with such Sellers' ownership or operation of the Business to the

other Purchased Assets, including those Permits described on Schedule 1.2(g) (the "Business Permits");

    (h)    the Business Intellectual Property;

    (i)    the Business IT Assets;

    (j)    all Furniture and Equipment owned by Sellers that is located at the Sellers' Facilities or that is otherwise primarily used or held for use in the Business (other than the Excluded Furniture and Equipment);

    (k)    Intentionally deleted;

    (l)    all insurance recoveries under each Seller's or its Affiliates' insurance policies, in each case solely (i) to the extent Purchaser has paid all premiums and costs associated with such coverage from and after the Closing Date, (ii) with respect to any of the Purchased Assets set forth in Sections 1.2(a)-(j), and (iii) to the extent first arising with respect to incidents, actions or omissions that occur on or after the Closing Date, and any rights to assert claims with respect to any such insurance recoveries (the "Purchased Insurance Recoveries"); *provided*, that for the avoidance of doubt and notwithstanding anything to the contrary herein, recoveries under any of the Seller's business interruption (including, without limitation, any business interruption coverage under any property damage policies), errors and omissions or directors' and officers' liability, or property damage policies relating to incidents, actions or omissions prior to the Closing Date shall not be Purchased Insurance Recoveries; and

    (m)    all of the Sellers' rights, title and interests, in and to the assets specifically identified on Schedule 1.2(m).

1.3    Excluded Assets. The "Excluded Assets" means the following items and assets (whether or not such assets are otherwise described in Section 1.2):

    (a)    all cash, certificates of deposit or other cash equivalents;

    (b)    any real property other than Purchased Real Property;

    (c)    all personal property, equipment and inventory not included in the Purchased Assets, including, without limitation, any such assets or Parts Inventory subject to the NRI Consignment Agreement;

    (d)    all rights, claims, defenses, causes of action, rights of offset and counterclaims (at any time or in any manner arising or existing, whether choate or inchoate, known or unknown, contingent or non-contingent) of each Seller against any Person, including with respect to any of the Purchased Assets, the Excluded Assets or the Excluded Liabilities, including, without limitation, all Avoidance Actions, and any proceeds of the foregoing; *provided, that*, the Purchased Assets include all rights, claims, defenses, causes of action, rights of offset and counterclaims (at any time or in any manner arising or existing, whether choate or inchoate, known or unknown, contingent or

non-contingent) of each Seller against Purchaser existing or otherwise arising before the Closing Date, including with respect to any of the Purchased Assets, the Excluded Assets or the Excluded Liabilities, including, without limitation, all Avoidance Actions, and any proceeds of the foregoing, but excluding any rights, claims, defenses, causes of action, rights of offset and counterclaims (at any time or in any manner arising or existing, whether choate or inchoate, known or unknown, contingent or non-contingent) of each Seller against Purchaser (i) arising after the Closing Date or (ii) arising under or related to this Agreement, including, without limitation, Purchaser's performance hereunder;

      (e)    Intentionally deleted;

      (f)    Intentionally deleted;

      (g)    general books of account and books of original entry that comprise a Sellers' permanent Tax records, corporate minute books, stock books and related organizational documents and the books and records that any Seller is required to retain pursuant to any Law or Order and the books and records solely related to the Excluded Assets or Excluded Liabilities;

      (h)    personnel records that any Seller is required by Law or Order to retain (provided that the copies of any such personnel records shall be Purchased Assets to the extent permitted by any applicable Law or Order pursuant to Section 1.2(f)) and personnel records of employees, former employees or consultants of each Seller who do not, as of the Closing, become employees of Purchaser;

      (i)    all insurance recoveries under each Seller's or its Affiliates' insurance policies with respect to the Purchased Assets or the Business and any rights to assert claims with respect to any such insurance recoveries, *provided, however,* that the Purchased Insurance Recoveries shall not constitute Excluded Assets; and *provided, further,* that for the avoidance of doubt and notwithstanding anything to the contrary herein, recoveries under any of the Sellers' business interruption (including, without limitation, any business interruption coverage under any property damage policies), errors and omissions, directors' and officers' liability, or property damage policies relating to incidents, actions or omissions prior to the Closing Date shall be Excluded Assets;

      (j)    all claims for refund or credit of (i) income Taxes of each Seller and its Affiliates for any taxable period and (ii) non-income Taxes of each Seller and its Affiliates with respect to a Pre-Closing Period;

      (k)    Intentionally deleted;

      (l)    Intentionally deleted;

      (m)    each Seller's or any of its Affiliates' rights under this Agreement or any Transaction Document or relating to the Excluded Assets or the Excluded Liabilities;