IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL.<br><br>PLAINTIFFS,<br><br>VS.<br><br>LIMETREE BAY TERMINALS, LLC, ET AL.<br><br>DEFENDANT. | CASE NO. 1:21-CV-00264 |

**PORT HAMILTON REFINING AND TRANSPORTATION, LLLP'S
RESPONSE TO THE UNITED STATES'
"MOTION TO DIRECT DEFENDANTS TO ABIDE BY THE JOINT STIPULATION
IN ACCORDANCE WITH THE BANKRUPTCY COURT ORDER" (DOC. NO. 46)**

Port Hamilton Refining and Transportation, LLLP ("Port Hamilton) responds to the United States motion to direct defendants to abide by the joint stipulation (Doc. No. 46) by offering a stipulation to the United States (filed with this response) that complies with the order of the bankruptcy court. Port Hamilton opposes the United States' motion and proposed order because they inaccurately state that West Indies Petroleum Limited purchased the Limetree Bay Refinery, LLC's assets, and they do not fully quote the bankruptcy court's order, among other omissions..

Port Hamilton takes no position as to whether West Indies Petroleum Limited should, or should not, be a party to the stipulation.

Respectfully submitted,

ANDREW C. SIMPSON, P.C.,

1

                                              Counsel for Port Hamilton Refining and Transportation, LLLP

Dated: August 24, 2023

                                              _____
By: Andrew C. Simpson
VI Bar No. 451
ANDREW C. SIMPSON, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820
Tel: 340.719.3900
asimpson@coralbrief.com

2