IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL.<br><br>PLAINTIFFS,<br><br>VS.<br><br>LIMETREE BAY TERMINALS, LLC, ET AL.<br><br>DEFENDANT. | CASE NO. 1:21-CV-00264 |

PORT HAMILTON REFINING AND TRANSPORTATION, LLLP'S
STATEMENT IN RESPONSE TO LIMETREE BAY TERMINALS' RESPONSE
TO THE UNITED STATES' MOTION TO DIRECT DEFENDANTS TO
ABIDE BY THE JOINT STIPULATION

Port Hamilton Refining and Transportation, LLLP ("Port Hamilton) responds to Limetree Bay Terminals' ("LBT") response (Doc. No. 49) to the United States' Motion to Direct Defendants to Abide by the Joint Stipulation as follows:

1. Port Hamilton *agrees* with LBT that it does not have the legal ability to comply with the terms of the Joint Stipulation because of its lack of control over the relevant refinery assets, notwithstanding an ongoing dispute with LBT over the ownership of certain refinery assets.

2. Port Hamilton disputes LBT's assertion that it holds "an undivided interest over certain 'shared services systems'" (Doc. No. 49, at 2, n.1) Neither the Shared Services Systems Agreement (Doc. No. 49-1 at 22) nor the Bill of Sale (Doc. No. 49-1 at 9) accomplished any transfer of ownership of real estate improvements because

1

there is no instrument of conveyance of those real estate interests that complies with the formalities required by Virgin Islands law with respect to real estate conveyances. *See* 28 V.I.C. § 241(a)(2) and 28 V.I.C. § 42. *See also Alexander v. Alexander*, 65 V.I. 372, 381 (2016) (holding that failure to follow the formalities required by Virgin Islands law renders a deed "ineffective to pass title").

                Respectfully submitted,

**ANDREW C. SIMPSON, P.C.,**
Counsel for Port Hamilton Refining and Transportation, LLLP

Dated: August 26, 2023

_____
By: Andrew C. Simpson
VI Bar No. 451
ANDREW C. SIMPSON, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820
Tel: 340.719.3900
asimpson@coralbrief.com