# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>LIMETREE BAY TERMINALS, LLC, )<br>WEST INDIES PETROLEUM LIMITED, )<br>PORT HAMILTON REFINING AND )<br>TRANSPORTATION, LLLP, and the )<br>TRANSITION REFINERY ENTITY, INC. )<br>)<br>Defendants. )<br>) | CASE NO. 1:21-cv-00264 (WAH/EAH) |

TO:  **Myles E. Flint, II, Esq.**
  *For the United States*
  **Carl A. Beckstedt, III, Esq.**
  **Corinne V. Snow, Esq.**
  *For Limetree Bay Terminals, LLC*
  **Andrew C. Simpson, Esq.**
  *For West Indies Petroleum Limited*
  *& Port Hamilton Refining & Transportation, LLLP*

## [PROPOSED] ORDER GRANTING LEAVE TO FILE SUR-REPLY

THIS MATTER is before the Court on the motion of Defendant Limetree Bay Terminals, LLC, d/b/a Ocean Point Terminals ("OPT") for leave pursuant to LRCi 7.1(a) to file a sur-reply (1) *West Indies Petroleum Limited's Response to Plaintiff's Motion to Direct Defendants to Abide by the Joint Stipulation in Accordance with the Bankruptcy Sale Order* (ECF Doc. 51); (2) *Port Hamilton Refining and Transportation, LLLP's Response to the United States' "Motion to Direct Defendants to Abide by the Joint Stipulation in Accordance with the Bankruptcy Court Order"* (ECF Doc. 52); (3) *Port Hamilton's Offer of Stipulation* (ECF Doc. 52-1); and (4) *Port Hamilton Refining and Transportation, LLLP's Statement in Response to Limetree Bay Terminals' Response*

1

*to the United States' Motion to Direct Defendants to Abide by the Joint Stipulation* (ECF Doc. 53); and

OPT having filed its proposed consolidated sur-reply as Exhibit A to its motion at ECF Doc. No. _____-1; and

NOW, THEREFORE, the Court being satisfied in the premises , is is hereby

**ORDERED** that the motion for leave (ECF Dkt. No. _____) is hereby **GRANTED**, and it is further

**ORDERED** that OPT's consolidated sur-reply filed at ECF Dkt. No. _____-1 is hereby **DEEMED FILED**.

ENTER:

Dated: _____.

_____
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE