IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LIMETREE BAY TERMINALS, LLC, WEST )<br>INDIES PETROLEUM LIMITED, PORT )<br>HAMILTON REFINING AND )<br>TRANSPORTATION, LLLP, and the )<br>TRANSITION REFINERY ENTITY, INC. )<br>)<br>Defendants. )<br> ) | Civ. A. No. 1:21-cv-00264(WAL/EAH) |

**UNITED STATES' REPLY TO PORT HAMILTON REFINING AND TRANSPORTATION, LLLP'S RESPONSE TO THE UNITED STATES' "MOTION TO DIRECT DEFENDANTS TO ABIDE BY THE JOINT STIPULATION IN ACCORDANCE WITH THE BANKRUPTCY COURT ORDER" (DOC. NO. 46)**

The United States does not accept Port Hamilton's Offer of Stipulation (Doc. 52 and 52-1). As further explained in the United States' Reply to West Indies' Response (Doc. 54), the Bankruptcy Court's Sale Order demands that, as a "Purchaser," *both* Port Hamilton and West Indies must become a party to the Joint Stipulation. (Doc. 47-1 Flint Dec. Ex. 1 [Bankr. Doc. 977], ¶ 11). A stipulation that does not include both parties would not comport with the Sale Order's clear instructions. Accordingly, this Court should issue an order imposing the substantive requirements of the Joint Stipulation on *both* Port Hamilton and West Indies.

Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

1

s/*Myles E. Flint, II*
MYLES E. FLINT, II, Senior Counsel
KATHERINE M. ROMERO, Trial Attorney
ELIAS L. QUINN, Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044-7611
(202) 307-1859

OF COUNSEL:
TERESA DYKES
Senior Attorney
U.S. Environmental Protection
Office of Enforcement and Compliance Assurance
1200 Pennsylvania Ave. NW (2242A)
Washington, DC 20460

SARA FROIKIN
SARA AMRI
Assistant Regional Counsels
U.S. Environmental Protection Agency, Region 2
290 Broadway, 16th Floor
New York, NY 10007

CERTIFICATE OF SERVICE

The undersigned certifies that on August 31, 2023, he filed the *United States' Reply To Port Hamilton Refining and Transportation, LLLP's Response to the United States' "Motion to Direct Defendants to Abide by the Joint Stipulation in Accordance with the Bankruptcy Court Order" (Doc. No. 46)* electronically with the Clerk of Court using the CM/ECF system, which will send notifications of this filing to all who have made appearances.

s/*Myles E. Flint, II*