**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

**UNITED STATES OF AMERICA**
Plaintiff,

v.

**LIMETREE BAY TERMINALS, LLC, WEST INDIES PETROLEUM LIMITED, PORT HAMILTON REFINING AND TRANSPORTATION, LLLP, and the TRANSITION REFINERY ENTITY, LLC**
Defendants.

CIVIL NO. **1:21-CV-00264**

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that, pursuant to LRCi 5.2(a), Assistant U.S. Robin P. Seila hereby enters her appearance in this action on behalf of the United States of America and requests that copies of all pleadings, motions, notices, orders, or other documents filed in this action be served on her at her address in the signature block below.

**ADAM F. SLEEPER**
UNITED STATES ATTORNEY

September 30, 2026

By: */s/ Robin P. Seila*

Robin P. Seila
Assistant United States Attorney
Office of the U.S. Attorney
1108 King Street, Suite 201
Christiansted, V.I. 00820-5080
Telephone: 340-773-3920
Robin.Seila@usdoj.gov